## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Erin Walker,  **Civil File No. 08-cv-2025 CM/JPO**

       Plaintiff,

vs.

Capital Management Services LP,

       Defendant.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**


Dated:  April 4, 2008                      s/ Carlos Murguia
                                                            Judge of United States District Court